**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rafael ESQUIVEL–CASTANEDA, Defendant–Appellant.**

**No. 13–50246.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 19, 2013.*

Filed Dec. 6, 2013.

Melissa Anne Meister, Assistant U.S. Attorney, Bruce R. Castetter, Assistant U.S. Attorney, Office of the U.S. Attorney San Diego, CA, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Martin G. Molina, Esquire, Law Office of Martin G. Molina, San Diego, CA, for Defendant–Appellant.

Before: CANBY, TROTT, and THOMAS, Circuit Judges.

MEMORANDUM **

Rafael Esquivel–Castaneda appeals from the district court's judgment and challenges the 12–month sentence imposed following his guilty-plea conviction for bringing in illegal aliens without presentation and aiding and abetting, in violation of 8 U.S.C. § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Esquivel–Castaneda contends that the district court erred by imposing a two-level increase for using a minor to commit the crime under U.S.S.G. § 3B1.4. We review for clear error. *See United States v. Preciado,* 506 F.3d 808, 810 (9th Cir.2007) (per curiam). The district court did not clearly err in finding that Esquivel–Castaneda affirmatively used his children in his crime. *See id.* (evidence that defendant "brought children along to a previously planned crime supports a finding that the minors were used to avoid detection").

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).